UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSORUI
ALL DIVISIONS

IN RE: )
STANDING CHAPTER 13 TRUSTEE )   ALL CHAPTER 13 CASES
)
)

### NOTICE OF VOLUNTARY RESIGNATION AND APPOINTMENT OF SUCCESSOR CHAPTER 13 STANDING TRUSTEE

Chapter 13 Standing Trustee, John V. LaBarge, Jr., has submitted his voluntary notice of resignation and retirement as Chapter 13 Standing Trustee for the Eastern District of Missouri in all cases in which he serves as trustee effective February 28, 2017.

The Acting United States Trustee for Region 13, Daniel J. Casamatta, **effective March 1, 2017**, appoints Diana S. Daugherty as Chapter 13 Standing Trustee for the Eastern District of Missouri and successor trustee in all Chapter 13 cases in which John V. LaBarge Jr., served as trustee.

**The address to which payments must be submitted to the successor trustee will change**. The mailing address for items other than payments and the phone number will remain the same for the successor trustee:

| | |
|---|---|
| Correspondence: | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 430908<br>St. Louis, MO 63143 |
| Payments:<br>(new address) | Diana S. Daugherty<br>Chapter 13 Trustee<br>PO Box 2112<br>Memphis, TN 38101–2112 |
| Telephone: | (314) 781–8100 |

Daniel J. Casamatta
Acting United States Trustee

/s/ Paul A. Randolph
Paul A. Randolph
Assistant United States Trustee
111 South 10th St., Ste. 6.353
St. Louis, MO 63102

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Tiffany T Greer  
     Debtor

Case No. 17-40333-kss  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0865-4　　User: admin　　Page 1 of 1　　Date Rcvd: Feb 27, 2017  
　　　　　　　　　　　Form ID: massmail　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
db　　　　+Tiffany T Greer,　9705 Diamond Drive,　Saint Louis, MO 63137-3630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2017 at the address(es) listed below:  
　　　　Casey E.N. Curll　　on behalf of Creditor　Missouri Department of Social Services Casey.Curll@ago.mo.gov  
　　　　John V. LaBarge, Jr　　standing_trustee@ch13stl.com, trust33@ch13stl.com  
　　　　John V. LaBarge, Jr　　on behalf of Trustee John V. LaBarge, Jr standing_trustee@ch13stl.com, trust33@ch13stl.com  
　　　　Office of US Trustee　　USTPRegion13.SL.ECF@USDOJ.gov  
　　　　Tobias Licker　　on behalf of Debtor Tiffany T Greer TobiasLicker@hotmail.com, ecf@lickerlawfirm.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm.com;t.lickerlawfirm@gmail.com;j.lickerlawfirm@gmail.com;c.lickerlawfirm@gmail.com;s.lickerlawfirm@gmail.com;Tobliecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5