UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                    )   Case No: 17-40333-659  Chapter 13
TIFFANY T GREER                           )   Plan Pmt:    $   960.00/Month
                                          )   Term:           60 Months
                                          )
        **Debtor**                        )

## CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: June 05, 2017                         /s/ Diana S. Daugherty, Chapter 13 Trustee
CNFORD--SC                                   Diana S. Daugherty, Chapter 13 Trustee
Original Confirmation hearing set for:       P.O. Box 430908
March 23, 2017                               St. Louis, MO  63143
                                             (314) 781-8100  Fax: (314) 781-8881
                                             trust33@ch13stl.com

### ORDER

   It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C. § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: June 6, 2017**                      KATHY A. SURRATT-STATES
**St. Louis, Missouri**                      Chief U.S. Bankruptcy Judge

17-40333-659     CERTIFICATION AND ORDER OF CONFIRMATION FOR     Page 2 of 2
CHAPTER 13 PLAN

Copy mailed to:

TIFFANY T GREER
9705 DIAMOND DRIVE
SAINT LOUIS, MO 63137

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO 63303