UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-40333-659  Chapter 13 |
| TIFFANY T GREER ) | Plan Pmt:     $   960.00/Month |
| ) | Term:          60 Months |
| ) | |
| **Debtor** ) | |

### CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

#### CERTIFICATION

   **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtor's schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtor has advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtor is substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: June 05, 2017
CNFORD--SC

Original Confirmation hearing set for:
March 23, 2017

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

#### ORDER

   It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtor is hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**DATED: June 6, 2017**
**St. Louis, Missouri**

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

Case 17-40333   Doc 29   Filed 06/08/17   Entered 06/08/17 23:54:16   Imaged
Certificate of Notice   Pg 2 of 3

| 17-40333-659 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |
|---|---|---|

Copy mailed to:

TIFFANY T GREER
9705 DIAMOND DRIVE
SAINT LOUIS, MO  63137

Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

LAW OFFICES OF TOBIAS LICKER
1861 SHERMAN DR
ST CHARLES, MO  63303

United States Bankruptcy Court
Eastern District of Missouri

In re:  
Tiffany T Greer  
     Debtor

Case No. 17-40333-kss  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0865-4    User: moej    Page 1 of 1    Date Rcvd: Jun 06, 2017  
                      Form ID: pdfo4   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.  
db        +Tiffany T Greer,   9705 Diamond Drive,   Saint Louis, MO 63137-3630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:  
       Casey E.N. Curll   on behalf of Creditor   Missouri Department of Social Services Casey.Curll@ago.mo.gov  
       David Nelson Gunn   on behalf of Creditor Frank  Kraemer generalmail@thebkco.com, clcstlecf@gmail.com,stlouistbcwam@gmail.com;r51538@notify.bestcase.com  
       Diana S. Daugherty   standing_trustee@ch13stl.com, trust33@ch13stl.com  
       Eric S Parker   on behalf of Creditor   MFSD parkere@stlouiscao.org, tilneym@stlouiscao.org  
       John V. LaBarge, Jr   on behalf of Trustee John V. LaBarge, Jr standing_trustee@ch13stl.com, trust33@ch13stl.com  
       Office of US Trustee   USTPRegion13.SL.ECF@USDOJ.gov  
       Tobias  Licker   on behalf of Debtor Tiffany T Greer TobiasLicker@hotmail.com, tobliecf@gmail.com;a.lickerlawfirm@gmail.com;d.lickerlawfirm@gmail.com;m.lickerlawfirm@gmail.com;t.lickerlawfirm@gmail.com;j.lickerlawfirm@gmail.com;c.lickerlawfirm@gmail.com;s.lickerlawfirm@gmail.com  
                                              TOTAL: 7