**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:<br>TIFFANY T GREER<br>9705 DIAMOND DRIVE<br>SAINT LOUIS, MO 63137<br>Debtor** | )<br>)<br>)<br>)<br>)<br>) | **CASE NO: 17-40333-659**<br><br>**Chapter 13** |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 1,956.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $163.00<br>INT RATE: 0.00 |
| CLERK, US BANKRUPTCY COURT<br>111 S 10TH ST 4TH FL<br>US BANKRUPTCY COURT<br>ST LOUIS, MO 63102 | 155.00 | 1/FILING FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO 63303 | 2,000.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EXETER FINANCE LLC<br>PO BOX 167399<br>IRVING, TX 75016 | 19,039.31 | 20/Secured - Motor Vehicle<br>ACCT: 8852<br>COMM: #12/100% 59MO/15 CRUZE<br>REG PYMT: $364.66<br>INT RATE: 5.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| FRANK KRAEMER<br>3955 WEDDIE RD<br>ST LOUIS, MO 63012-1865 | 9,357.48 | 20/Secured<br>ACCT:<br>COMM: #13 100% 59MO 1D/T 9705 DIAMOND<br>REG PYMT: $179.22<br>INT RATE: 5.00 |
| METRO ST LOUIS SEWER DIST<br>9666 OLIVE BLVD #211<br>C/O GUSDORF LAW FIRM<br>ST LOUIS, MO 63132 | 1,669.76 | 20/Secured<br>ACCT: 1059<br>COMM: #14/59MO/9705 DIAMOND<br>REG PYMT: $31.98<br>INT RATE: 5.00 |
| CHILD SUPPORT ENFORCEMENT<br>PO BOX 2320<br>JEFFERSON CITY, MO 65102 | 0.00 | 27/Child Support Arrearages<br>ACCT:<br>COMM: CHILD SUPP<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA 19101-7317 | 8,048.98 | 30/Priority<br>ACCT: 6240<br>COMM: #5-2AM#5/13,15,16 INC TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO 65105-0475 | 2,954.44 | 30/Priority<br>ACCT: X6240<br>COMM: #19/13,15,16 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O RH ROBISON<br>ST LOUIS, MO 63105 | 708.86 | 30/Priority<br>ACCT: 3849<br>COMM: #9/16 PERS PROP<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US ATTORNEY<br>111 S 10TH ST<br>THOMAS EAGLETON COURTHOUSE<br>ST LOUIS, MO 63102 | 0.00 | 30/Priority<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**
CASE NO: **17-40333-659**



| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ACCEPTANCE SOLUTIONS<br>125 N HALSTED<br>STE 400<br>CHICAGO, IL 60661 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACE CASH EXPRESS INC<br>9144 W FLORISSANT<br>FERGUSON, MO 63136 | 0.00 | 40/Unsecured<br>ACCT: 0715<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMEREN MISSOURI<br>PO BOX 66881<br>MAIL CODE 310<br>ST LOUIS, MO 63166 | 1,636.02 | 40/Unsecured<br>ACCT: 8190<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AT&T<br>PO BOX 57547<br>JACKSONVILLE, FL 32241-7547 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BANK OF AMERICA<br>PO BOX 15026<br>WILMINGTON, DE 19850-5026 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BJC HEALTH CARE<br>PO BOX 958410<br>ST LOUIS, MO 63195-8410 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE<br>PO BOX 30253<br>SALT LAKE CITY, UT 84130-0253 | 0.00 | 40/Unsecured<br>ACCT: 6016<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SVCS LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC 29603-0587 | 1,264.40 | 40/Unsecured<br>ACCT: 1292<br>COMM: #8/DES PERES HOSPITAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHARTER COMMUNICATIONS<br>12405 POWERSCOURT DR<br>ATTN PAYROLL DEPT<br>ST LOUIS, MO 63131 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHASE<br>PO BOX 15298<br>C/O CARDMEMBER SERV<br>WILMINGTON, DE 19850-5298 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHECK N GO OF MO<br>9016 OVERLAND PLZ<br>ST LOUIS, MO 63114 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CITI CARDS<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DIRECTV LLC<br>PO BOX 5008<br>C/O AMERICAN INFOSOURCE LP<br>CAROL STREAM, IL 60197-5008 | 481.37 | 40/Unsecured<br>ACCT: 3560<br>COMM: #17<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACCEPTANCE SOLUTIONS<br>125 N HALSTED<br>STE 400<br>CHICAGO, IL 60661 | 0.00 | 40/Unsecured<br>ACCT: 3560<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 250.60 | 40/Unsecured<br>ACCT: 0618<br>COMM: #7/DOUGHERTY ER PHYS/CF MEDICAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| EMPIRE FINANCE<br>523 JEFFCO BLVD<br>ARNOLD, MO 63010-1407 | 326.25 | 40/Unsecured<br>ACCT: 863<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FSA<br>PO BOX 4609<br>UTICA, NY 13504-4609 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEPT OF EDUCATION<br>PO BOX 530210<br>C/O FEDLOAN SERVICING<br>ATLANTA, GA 30353-0210 | 15,040.77 | 40/Unsecured<br>ACCT: 6240<br>COMM: #16<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | 0.00 | 40/Unsecured<br>ACCT: 9903<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GE CAPITAL CREDIT<br>9300 DIELMAN IND DR STE 100<br>C/O KRAMER & FRANK<br>ST LOUIS, MO 63132 | 0.00 | 40/Unsecured<br>ACCT: 8466<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LACLEDE GAS COMPANY<br>700 MARKET ST<br>2ND FL<br>ST LOUIS, MO 63101-1829 | 1,237.78 | 40/Unsecured<br>ACCT: 6240<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**
CASE NO: **17-40333-659**



| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| MISSOURI TITLE<br>6789 NATURAL BRIDGE<br>ST LOUIS, MO 63121 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 519.00 | 40/Unsecured<br>ACCT: 4336<br>COMM: #1/NC ER PHY/CF MEDICAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ATTORNEY GENERAL OF TX<br>PO BOX 12017 PAR LOCATE<br>20-00 CHILD SUPPORT DIV<br>AUSTIN, TX 78711 | 0.00 | 40/Unsecured<br>ACCT: 1283<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PARAMOUNT RECOVERY SYSTEMS<br>105 DEANNA ST<br>WACO, TX 76706 | 0.00 | 40/Unsecured<br>ACCT: 6542<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 0.00 | 40/Unsecured<br>ACCT: 2150<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SLU CARE<br>PO BOX 18353M<br>ST LOUIS, MO 63195-8353 | 0.00 | 40/Unsecured<br>ACCT: 2410<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHARTER COMMUNICATIONS<br>3300 SUNSWEPT PARK DR<br>FLORISSANT, MO 63033 | 0.00 | 40/Unsecured<br>ACCT: 2413<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN<br>PO BOX 201725<br>AUSTIN, TX 78720-1725 | 0.00 | 40/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MSSD<br>PO BOX 437<br>ST LOUIS, MO 63166 | 0.00 | 40/Unsecured<br>ACCT: 8109<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| VANTAGE CREDIT UNION<br>4020 FEE FEE RD<br>BRIDGETON, MO 63044 | 0.00 | 40/Unsecured<br>ACCT: 0664<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPARTMENT OF SOCIAL SVCS<br>PO BOX 861<br>C/O ASST ATTORNEY GENERAL<br>ST LOUIS, MO 63188 | 1,982.85 | 40/Unsecured<br>ACCT: 6240<br>COMM: #4/UNREPORTED INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA 19101-7317 | 4,055.60 | 40/Unsecured<br>ACCT: 6240<br>COMM: #5-2AM#5/09-12 INC/PEN TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SLU CARE<br>PO BOX 18353M<br>ST LOUIS, MO 63195-8353 | 0.00 | 40/Unsecured<br>ACCT: 3389<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| REVIVER FINANCIAL LLC<br>PO BOX 3023<br>HUTCHINSON, KS 67504 | 1,034.97 | 40/Unsecured<br>ACCT: 6240<br>COMM: #6/SPOTLOAN<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| AMERICAN INFOSOURCE<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | 223.28 | 40/Unsecured<br>ACCT: 0001<br>COMM: #11/VERIZON<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FRANK KRAEMER<br>3955 WEDDIE RD<br>ST LOUIS, MO 63012-1865 | 335.90 | 20/Post-Petition Mortgage Supplement<br>ACCT:<br>COMM: #13 60MO<br>REG PYMT: $5.60<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O RH ROBISON<br>ST LOUIS, MO 63105 | 2,854.19 | 20/Secured<br>ACCT: 0263<br>COMM: #15/59MO/16 RE TAX<br>REG PYMT: $54.67<br>INT RATE: 5.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 811.04 | 40/Unsecured<br>ACCT: 8451<br>COMM: #18/JC PENNEY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO 65105-0475 | 1,341.74 | 40/Unsecured<br>ACCT: X6240<br>COMM: #19/09-13,15 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

Dated: August 15, 2017

STL_NTCPAYCLM -- BC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 08/15/2017.

/s/Diana S. Daugherty

Diana S. Daugherty

Copy Mailed To:

TIFFANY T GREER
9705 DIAMOND DRIVE
SAINT LOUIS, MO 63137