## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tiffany T. Greer, | ) | Case No.  17-40333 |
| | ) | Chapter 13 |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL AND
## NOTICE OF APPEARANCE

Pursuant to Federal Bankruptcy Rule 9010(b) and Local Rule 2091.3.b,

the Missouri Department of Social Services hereby notifies the Court that

attorney Casey E. Curll (Nygard) withdraws as counsel of record and that

Assistant Attorney General Timothy Weaks enters his appearance on behalf

of the Missouri Department of Social Services in this case.

Please forward all notices and documents in this case to Assistant

Attorney General Timothy Weaks at the address below.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

/s/ Casey E.N. Curll
Casey E.N. Curll, #65582

Timothy Weaks, #66308
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188

Telephone:  (314) 340-4748
Facsimile:  (314) 340-7121
E-Mail:  Timothy.Weaks@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the United States Bankruptcy Court, Eastern District of Missouri, on September 18, 2018, and thereby electronically served on debtor's counsel, the bankruptcy/U.S. Trustee, and other parties in interest.

Timothy Weaks, #66308
Assistant Attorney General